## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

KENNETH M. GRAY,

        Petitioner,

v.

 CHERRYL EPPLET, JON LITSCHER,
and BRAD SCHIMEL,

        Respondents.

JUDGMENT IN A CIVIL CASE

Case No. 18-cv-466-wmc

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing

Kenneth Montrell Gray's petition for a writ of habeas corpus under 28 U.S.C. § 2254

without prejudice for petitioner's failure to obtain the authorization required by

28 U.S.C. § 2244(b)(3)(A).

/s/                                           10/4/2018

Peter Oppeneer, Clerk of Court                 Date