Office of the Clerk
United States District Court
120 North Henry Street, Rm. 320
Madison, WI 53703

Case No. 18-CV-466-WMC

Dear Clerk;

Please accept this 'Notice of Appeal' from the District Court decision of October 4th 2018 dismissed without prejudice.

Also may I be granted a "Certificate of Appealability"? from the above captioned case.

Thank you for your time and consideration.

Dated this 4th day of October, 2018

Respectfully Submitted

Kenneth M. Gray
Kenneth M. Gray
Box 900
Sturtevant, WI 53177